IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    *Plaintiff*,

v.                                                                               Case No.: 4:21cv324-MW/MAF

**FLORIDA DEPARTMENT
OF EDUCATION,**

    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on October 27, 2021.**

                                                      **s/Mark E. Walker           
                                                      Chief United States District Judge**