IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

                                    Case No.: 4:21cv324-MW/MAF

v.

FLORIDA DEPARTMENT
OF EDUCATION,

    *Defendant*.
_____/

## JUDGMENT

Plaintiff's claims are DISMISSED for failure to prosecute and failure to comply with a Court Order.

                                        JESSICA J LYUBLANOVITS,
                                        CLERK OF COURT

October 27, 2021                       s/ *Ronnell Barker*
DATE                                         DEPUTY CLERK